AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Charmaine Wearing, *individually and on behalf of those similarly situated,*
*Plaintiff*

v.                                              Civil Action No.     5:19-03264-JMC

Progressive Direct Insurance Company, J.D. Power & Associates and Mitchell International, Inc.,
*Defendant*s

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants, J. D. Power & Associates and Mitchell International, Inc., for lack of personal jurisdiction pursuant to Rule 12(b)(2) and dismisses these named defendants from the action. It is further ordered the plaintiff take nothing of the defendant, Progressive Direct Insurance Company pursuant to Rule 12(b)(6) and the Plaintiff's Amended Complaint is dismissed as to this named defendant without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendants' motions to dismiss.

Date:   September 25, 2020                                    *CLERK OF COURT*

                                                              s/Angie Snipes
                                                              *Signature of Clerk or Deputy Clerk*